MICHELE BECKWITH
Acting United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. RODRIGUES,<br><br>Defendant. | Case No. 5:24-po-00329-CDB<br><br>[Citation #E1018229 CA/14]<br><br>MOTION AND [PROPOSED] ORDER TO AMEND CITATION |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to amend Case No. 5:24-po-00329-CDB [Citation #E1018229 CA/14], against MICHAEL T. RODRIGUES, to reflect a violation of California Vehicle Code Section 22349(b) for traveling 70 miles per hour on August 2, 2024, in the State and Eastern District of California, and that the total collateral due is $230.00.

DATED: March 6, 2025                                    Respectfully submitted,

                                                     MICHELE BECKWITH
                                                     Acting United States Attorney

                                      By:    /s/ *Arin C. Heinz*
                                                 ARIN C. HEINZ
                                                 Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED that Case No. 5:24-po-00329-CDB [Citation #E1018229 CA/14], against MICHAEL T. RODRIGUES, is amended to reflect a violation of California Vehicle Code Section 22349(b) for traveling 70 miles per hour on August 2, 2024, in the State and Eastern District of California, and that the total collateral due is $230.00.

IT IS SO ORDERED.

Dated: **March 6, 2025**

_____
UNITED STATES MAGISTRATE JUDGE